1  MATTHEW D. MURPHEY (SBN: 194111)
   RUDOLF SIEGESMUND (admitted *pro hac vice*)
2  ERIC M. JAEGERS (admitted *pro hac vice*)
   GORDON & REES LLP
3  2100 Ross Avenue, Suite 2650
   Dallas, Texas  75201
4  Telephone: (214) 231-4660
   Facsimile:  (214) 461-4053 [*additional counsel identified on certificate of service*]
5
   Attorneys for
6  STRATEDGE CORPORATION

7  RON E. SHULMAN (SBN 178263)
   TERRY KEARNEY (SBN 160054)
8  WILSON SONSINI GOODRICH & ROSATI
   650 Page Mill Road
9  Palo Alto, CA 94304
   Tel.: (650) 493-9300 / Fax: (650) 493-6811
10 Email:   rshulman@wsgr.com
   Email: tkearney@wsgr.com
11
   JOSE C. VILLARREAL
12 DAVID J. PALMER
   Wilson Sonsini Goodrich & Rosati P.C.
13 8911 Capital of Texas Hwy, North
   Westech 360, Suite 3350
14 Austin, Texas  78759-8497
   Telephone:  (512) 338-5400
15 Facsimile:  (512) 338-5499

16 [*additional counsel identified on certificate of service*]

17 Attorneys for
   TRIQUINT SEMICONDUCTOR, INC.
18

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEDGE CORPORATION, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> TRANSCOM, INC., a California corporation; TRANSCOM, INC., a Taiwanese corporation; TRIQUINT SEMICONDUCTOR, INC., an Oregon corporation; and DOES 1 through 10, inclusive, <br><br> Defendant. | CASE NO. 05-CV-2246 BTM (WMC) <br><br> **[PROPOSED] ORDER DISMISSING WITH PREJUDICE STRATEDGE CORPORATION'S CLAIMS AGAINST TRIQUINT SEMICONDUCTOR, INC., AND DISMISSING WITH PREJUDICE TRIQUINT SEMICONDUCTOR, INC.'S COUNTERCLAIMS AGAINST STRATEDGE CORPORATION** <br><br> Judge: Hon. Barry Ted Moskowitz <br> Magistrate: Hon. William McCurine |

-1-

After considering StratEdge Corporation's ("StratEdge") and TriQuint Semiconductor, Inc.'s ("TriQuint") Joint Stipulation to dismiss with prejudice StratEdge's claims against TriQuint and to dismiss with prejudice TriQuint's counterclaims against StratEdge, as authorized by Federal Rules of Civil Procedure 41(a)(1)(ii) and 41(c), the Court hereby enters the following order:

IT IS THEREFORE ORDERED that all of StratEdge's claims against TriQuint are dismissed with prejudice.

IT IS FURTHER ORDERED that all of TriQuint's counterclaims against StratEdge are dismissed with prejudice.

IT IS FURTHER ORDERED that the Court retains jurisdiction over the remaining claims and defendants in this matter.

Dated:  April 12, 2007.

_____
U.S. DISTRICT JUDGE

-2-

Order Dismissing With Prejudice StratEdge Corporation's Claims Against TriQuint Semiconductor, Inc. and  Dismissing With Prejudice TriQuint Semiconductor, Inc.'s Counterclaims Against StratEdge Corporation.